IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   13-cv-00320-WYD-MEH | Date:   August 19, 2013 |
| Courtroom Deputy: Cathy Pearson | **FTR – Courtroom A501** |

MALIBU MEDIA, LLC,                                                    Jason Kotzker

      Plaintiff,

vs.

PATRICK BABB,

      Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**         **10:12 a.m.**

Court calls case. Appearance of counsel. The Court notes the time and the absence of Defendant. Mr. Kotzker advises the Court that Defendant was served at his last known address.

Argument and discussion regarding Plaintiff's Motion for Entry of Default Judgment against Defendant Patrick Babb (Doc. 24, filed 7/22/2013).

Plaintiff's Exhibits A, B, and C are identified and admitted.

**ORDERED:**   The Court takes Plaintiff's Motion for Entry of Default Judgment against Defendant Patrick Babb (Doc. 24, filed 7/22/2013) under advisement.

**Court in recess:**         **10:37 a.m.**   **(Hearing concluded)**
**Total time in court:**   0:25

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.